'IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ALICE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.06-0380-CV-W-FJG |
| ) | |
| GAP, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court held a teleconference on April 18, 2007 to discuss the discovery dispute issues between the parties. During the teleconference, defendant stated that plaintiff has not responded to defendant's discovery requests by failing to do the following: (1) provide plaintiff's Rule 26 Initial Disclosures, (2) respond to defendant's Request for Production of Documents which were served on January 19, 2007, and (3) schedule a new date for a deposition after plaintiff cancelled the deposition. Plaintiff responded that she has provided defendant with the documents and asked what further documents defendant needed. Defendant referred plaintiff to defendant's Request for Production of Documents and also listed all the documents defendant has requested from plaintiff. Plaintiff agreed to provide these documents to defendant and that she would notify defendant how these documents would be submitted.

The Court hereby orders that plaintiff has until **Wednesday, May 9, 2007** to provide all documents to defendant pursuant to defendant's Request for Production of Documents.

Accordingly, It is further ordered that the Clerk of the Court send a copy of this Order by regular and certified mail to: P.O. Box 11553, Kansas City, MO 64138-0053.

**IT IS SO ORDERED.**

Date: April 18, 2007  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
Chief United States District Judge